# Court of Appeals
# of the State of Georgia

ATLANTA, April 22, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0161. IN THE INTEREST OF: A. L., A CHILD.**

A. L. filed an application for interlocutory appeal, seeking immediate review of a juvenile court order transferring his delinquency case to superior court. The transfer order is directly appealable. See *In the Interest of M. J.*, ____ Ga. App. ____ (Case No. A13A2407, decided March 26, 2014); *Rocha v. State*, 234 Ga. App. 48 (506 SE2d 192) (1998); *In the Interest of L. R.*, 219 Ga. App. 755 (466 SE2d 653) (1996).

This Court will grant a timely application for interlocutory appeal if the order is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). It appears that the applicant has not filed a notice of appeal; therefore, the application is hereby GRANTED. The applicant shall have ten days from the date of this order to file a notice of appeal in the superior court. The clerk of the superior court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/22/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*